**Opinion issued October 4, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-12-00559-CR**

—————————————

**JOSE QUIROZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1296576**

---

**MEMORANDUM OPINION**

On June 12, 2012, the trial court sentenced appellant, Jose Quiroz, and he filed a notice of appeal. On July 12, 2012, appellant timely filed a motion for new trial which the trial court granted on August 24, 2012. The granting of a motion

for new trial restores the case to its position before the former trial. *See* TEX. R. APP. P. 21.9(b). The appeal was rendered moot by the order granting a new trial. *See* TEX. R. APP. P. 21.9(b). Therefore, appellant has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2.

Accordingly, we grant appellant's motion and dismiss the appeal as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).